```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :
                        Plaintiff,       :    19cv6387 (DLC)
                                         :
                -v-                      :    ORDER
                                         :
DONALD G. BLAKSTAD and MARTHA PATRICIA   :
BUSTOS,                                  :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On September 10, 2019, this action was stayed pending resolution of a parallel criminal case involving defendant Blakstad. In a letter of July 26, 2021, the Government informed the Court that on June 28, 2021, Blakstad was found guilty following trial. Accordingly, it is hereby

ORDERED that the stay of this action, entered on September 10, 2019, is lifted.

IT IS FURTHER ORDERED that a scheduling conference shall be held on **September 24** at **10 am** in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         July 30, 2021

                                          _____
                                          DENISE COTE
                                          United States District Judge